Michael D. Braun (SBN 167416)
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311
Email: mdb@kuzykclassactions.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEBRA MILLS, JESSE MONTANO and EILEEN R. AVILES on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**CONOPCO, INC.**<br><br>**Defendant** | **CASE NO.: 4:26-cv-04286-HSG**<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Debra Mills, Jesse Montano And Eileen R. Aviles, by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal. The Dismissal is without prejudice. Each party to bear its own fees, costs, and expenses.

DATED: June 30, 2026

Respectfully submitted,

Michael D. Braun
**KUZYK LAW, LLP**
mdb@kuzykclassactions.com
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311

*Counsel for Plaintiffs*